AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

ROBERTO MIRANDA ZAMARRON,

     Petitioner,          JUDGMENT IN A CIVIL CASE
V.

                           CASE NUMBER: **3:10-CV-00094-ECR-VPC**

STATE OF NEVADA, et al.,

     Respondents.

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (Document No. 9) is GRANTED. The petition (Document No. 7) is dismissed with prejudice.

   November 19, 2010                     **LANCE S. WILSON**
                                           Clerk

                                           /s/ Katie Lynn Ogden
                                           Deputy Clerk