**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERTO MIRANDA ZAMARRON, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> STATE OF NEVADA, *et al.,* ) <br> ) <br> Respondents. ) | Case No.3:10-CV-00094-ECR-VPC <br><br> ORDER |

Respondents have filed a motion for enlargement of time to file their Answer to the surviving grounds of the petition on file in this matter, seeking an additional forty-five (45) days. (ECF No. 33.)  Good cause appearing, the motion is **GRANTED**.  The answer shall be filed and served no later than July 12, 2011.  Thereafter, petitioner shall have thirty days to file his reply.

**IT IS SO ORDERED.**

Dated this 18th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE